# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01280-RBJ-MEH

BRUCE FREDRICKSON,

Plaintiff,

v.

MARK WALTON,

Defendant.

___

## ORDER FOR DISMISSAL WITH PREJUDICE
___

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal With Prejudice, and the Court being sufficiently advised,

ORDERS that this case is dismissed with prejudice, each party to bear his own attorney fees and costs.

DATED this 5th day of November, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge